IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-285-CV





JOHNNIE LEE DAVIS AND SHERRY DAVIS,



 APPELLANTS


vs.





LONE STAR GAS COMPANY, A DIVISION OF ENSERCH CORPORATION,



 APPELLEE


AND



LONE STAR GAS COMPANY, A DIVISION OF ENSERCH CORPORATION



 APPELLANT


vs.




JOHNNIE LEE DAVIS, SHERRY DAVIS, AND HIGHLANDS INSURANCE COMPANY



 APPELLEES


 




FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT



NO. 128,597-C, HONORABLE STANTON B. PEMBERTON, JUDGE



 




PER CURIAM



 The parties have filed an agreed motion to reverse the trial court's judgment and
render take-nothing judgment pursuant to settlement. The motion is granted. Tex. R. Civ. P.
59(a)(1)(A).

 The judgment of the trial court is reversed and a take-nothing judgment rendered
in accord with the agreed motion and the parties' settlement agreement.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Reversed and Rendered on Agreed Motion

Filed: September 15, 1993

Do Not Publish